STATE of Missouri, Respondent,

v.

Jackie RICHARDSON, Appellant.

Docket No. WD 49824.

Missouri Court of Appeals,
Western District.

June 20, 1995.

Judith LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

The defendant appeals his conviction of unlawful use of a weapon, § 571.030.1(1), RSMo 1994. Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Michael SCOTT, Appellant.

No. WD 49672.

Missouri Court of Appeals,
Western District.

June 20, 1995.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction, after jury trial, of tampering in the first degree pursuant to section 569.080, RSMo Supp.1993.

Judgment affirmed. Rule 30.25(b).